AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Hilario Reyes

APPEARANCE

CASE NUMBER: 1:05M125A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hilario Reyes

Initial appearance

I certify that I am admitted to practice in this court.

10/28/05
*Date*

*Signature*

Victor J Bacelle 4648
*Print Name* *Bar Number*

381 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-5600 454-5600
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.