1084195

RECEIVED OCT 2 ? 2005 U.S. MARSHALS SERVICE DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

HILARIO REYES a/k/a Carlos Diaz Sosa

## WARRANT FOR ARREST

CASE NUMBER: 1:05M125A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HILARIO REYES a/k/a Carlos Diaz Sosa
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

Lincoln D. Almond
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Providence RI 10/20/05
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Central Falls, RI by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/20/2005 | Charles Wyant SDUSM | [signature] |
| DATE OF ARREST 10/28/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.