AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
Hilario Reyes

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05M125A

I, Hilario Reyes, charged in a ☑ complaint ☐ petition pending in this District with Unlawfull Re-entry in violation of Title 8, U.S.C., 1326(a) and (b)(2) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

HILARIO REYES
*Defendant*

11-2-05
*Date*

[signature]
*Counsel for Defendant*