IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR 05 129S |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| | ) | |
| HILARIO REYES | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about August 12, 2005, Defendant HILARIO REYES, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan

GERARD B. SULLIVAN
Criminal Chief

Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

DATE: 11/18/05