AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

V.

Hilario Reyes

CASE NUMBER: CR 05-129S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hilario Reyes

(Arraignment Only)

I certify that I am admitted to practice in this court.

11/29/05
*Date*

[signature]
*Signature*

Victor Bevilacqua 4648
*Print Name* *Bar Number*

381 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-5600 454-5600
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.