AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

HILARIO REYES

WAIVER OF INDICTMENT

CR 05 129 S

CASE NUMBER:

I, HILARIO REYES, the above named defendant, who is accused of

being an alien who has previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the ATtorney General of the United States to reapply for admission into the United States in violation of 8 U.S.C. Sections 1326(a) and (b)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/29/05 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

HILARIO REYES
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.